JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT BOHLKE,** | ) Case No. CV12-706 PA (VBKx) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **FREDERICK J. HANNA & ASSOCIATES, P.C.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this _3rd___ day of August, 2012.

_____
The Honorable Percy Anderson

Order to Dismiss - 1